UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| PELICAN BAY HOMEOWNERS ASSOCIATION, | § § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:19-CV-241 |
| | § | |
| PALOMAR SPECIALTY INSURANCE COMPANY, | § § § § | |
| Defendant. | § | |

## **ORDER**

Before the Court is the parties' "Joint Motion to Extend Expert Designation Deadline and ADR Deadline" (D.E. 10). After due consideration, the Court GRANTS the motion and ORDERS:

- Plaintiff shall designate its experts on or before May 11, 2020;

- Defendant shall designate its experts on or before June 16, 2020;

- The parties shall mediate on or before March 24, 2020; and

- If the case does not settle on or before April 6, 2020, the parties shall appear for a status conference on **April 8, 2020 at 9:00 a.m.**

**ORDERED this 5th day of February, 2020.**

_____
**NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE**